**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.: DKC-04-0235** |
| | * | |
| **GWENDOLYN LEVI** | * | |
| | * | |
| ******* | | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE SURREPLY

The United States, by undersigned counsel, moves the Court for leave to file a surreply to Petitioner's Reply in Support of Amended Motion for Reduced Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 2018), to clarify and correct inaccurate representations that were made in that reply with regard to the Bureau of Prison's implementation of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (PL 116-136, Mar. 27, 2020, 134 Stat. 281)., and to which the Government should have an opportunity to respond before the Court rules on Petitioner's motion.

## CONCLUSION

WHEREFORE, the Government respectfully requests leave of this Honorable Court to file a surreply in this matter.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____/s/_____
Jonathan S. Tsuei
Special Assistant United States Attorney

_____/s/_____
David I. Salem
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 31, 2020, a copy of the foregoing Motion was delivered via ECF to Sapna Mirchandani, Esquire, counsel for Petitioner.

By: _____/s/_____
Jonathan S. Tsuei
Special Assistant United States Attorney

_____/s/_____
David I. Salem
Assistant United States Attorney