IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.   04-cr-00235-DKC |
| GWENDOLYN LEVI | * | |

\* * * * * * * * * * * *

## MOTION TO STRIKE APPEARANCE OF COUNSEL

COMES NOW, David W. Fischer, Esq., and respectfully requests that his appearance be stricken as counsel for the Defendant, Gwendolyn Levi, in this matter, and in support of said motion states as follows:

1. Undersigned counsel was appointed to represent the Defendant via the CJA Panel in the United States District Court for the District of Maryland.

2. The case is now closed and undersigned counsel's representation has concluded.

WHEREFORE, it is respectfully requested that the appearance of David W. Fischer, Esq., be stricken as counsel for the Defendant.

                                                      /s/
                                      David W. Fischer, Esq.
                                      Federal Bar No. 023787
                                      Law Offices of Fischer & Putzi, P.A.
                                      Empire Towers, Suite 300
                                      7310 Ritchie Highway
                                      Glen Burnie, MD 21061
                                      (410) 787-0826
                                      Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2021, a copy of the foregoing Motion to Strike Appearance of Counsel was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:          Office of the United States Attorney

                                                /s/
                                     David W. Fischer, Esq.